UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JULIUS VEAL,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>DEPARTMENT OF HOMELAND SECURITY,<br>(TRANSPORTATION SECURITY<br>ADMINISTRATION),<br>　　　　　　Defendant. | 1:05-cv-1844-RLY-TAB |

## J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on his complaint.

The costs of this action are assessed against the plaintiff.

Date:  08/07/2006

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Debra G. Richards, UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov

Julius Veal , 4833 B. Covered Bridge Road, Indianapolis, IN 46268